UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CERNA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAUDELIO ORNELAS, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00498-EPG<br><br>ORDER DENYING *IN FORMA PAUPERIS* APPLICATION WITHOUT PREJUDICE AND DIRECTING PLAINTIFF TO SUBMIT LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN FORTY-FIVE DAYS<br><br>(ECF No. 2) |

　　　　Plaintiff Salvador Cerna ("Plaintiff"), proceeding *pro se*, has applied to proceed *in forma pauperis* ("IFP") in this action. (ECF No. 2.)

　　　　In response to a question asking Plaintiff to identify the date of his last employment, the amount of his take-home salary or wages and pay period, and the name and address of his last employer, Plaintiff states that his gross pay or wages is $20,000,00 and that his take-home pay is $20,000.00. (*Id.* at 1). Plaintiff also states that he "coordinate[s] reservations for customers in Tijuana, Mexico" and his "pay is not a set scheduled payment and it varies dependent on what I book." (*Id.*) Plaintiff also states that his regular monthly expenses amount to "$500 rent $600 auto payment $2000 credit cards payments $200 month." (*Id.* at 2).

　　　　It is not clear from Plaintiff's responses what his actual take home pay is or the actual total amount of his regular monthly expenses. Plaintiff's application, as written, is therefore insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action.

1

The Court will accordingly order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 so that the Court may further assess whether he qualifies for *in forma pauperis* status. Plaintiff must accurately and adequately answer the questions presented on the form. Failure to do so may result in denial of his application to proceed *in forma pauperis* and an order directing Plaintiff to pay the filing fee in full or dismissal of this action for failure to comply with a court order and/or failure to prosecute.

Accordingly, IT IS ORDERED that:

1. Plaintiff's IFP application (ECF No. 2) is denied without prejudice.
2. The Clerk of the Court shall send Plaintiff a long form IFP application (AO 239).
3. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached IFP application, completed and signed under penalty of perjury, or in the alternative, pay the $405.00 filing fee for this action.
4. No requests for extension will be granted without a showing of good cause. <u>Failure to comply with this order may result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: **May 1, 2024**            /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

2